**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ANTOINETTE A. BAYLETS-
HOLSINGER,

        Plaintiff.

   v.

THE PENNSYLVANIA STATE
UNIVERSITY,

        Defendant.

No. 4:18-CV-00060

(Judge Brann)

(Magistrate Judge Carlson)

## ORDER

### JUNE 7, 2018

1.    Plaintiff initiated the above-captioned action by filing her Complaint on January 9, 2018. ECF No. 1.

2.    Defendant moved to dismiss that complaint on March 19, 2018. ECF No. 14.

3.    In a May 2, 2018 Report and Recommendation, Magistrate Judge Martin C. Carlson recommended granting Defendant's motion. ECF No. 16.

4.    No objections were filed to that Report and Recommendation.

5.    This Court has reviewed that Report and Recommendation, and finds "no clear error on the face of the record."[1]

---

[1]  *Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010).

6. Therefore, **IT IS HEREBY ORDERED** that:

 a. Magistrate Judge Carlson's Report and Recommendation, ECF No. 16, is **ADOPTED IN ITS ENTIRETY**;

 b. Defendant's Motion to Dismiss, ECF No. 14, is **GRANTED**;

 c. Plaintiff's Motion to Amend Complaint, ECF No. 17, is **GRANTED**;[2] and

 d. This case is **REMANDED** to Magistrate Judge Carlson for further proceedings.

       BY THE COURT:


       _s/ Matthew W. Brann_
       Matthew W. Brann
       United States District Judge

---

[2] Plaintiff attached an Amended Complaint to this motion. Plaintiff is advised, however, to file that document as a separate docket entry on ECF.