# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTIONETTE A. BAYLETS-HOLSINGER,<br><br>Plaintiff,<br><br>v.<br><br>THE PENNSYLVANIA STATE UNIVERSITY,<br><br>Defendant. | No. 4:18-CV-00060<br><br>(Judge Brann)<br><br>(Magistrate Judge Carlson) |

## ORDER

### JULY 10, 2019

On June 17, 2019, Magistrate Judge Martin C. Carlson recommended denying Plaintiff's pending Motion for Reconsideration. No timely objections were filed. Finding no clear error on the face of the record, **IT IS HEREBY ORDERED** that the Report and Recommendation, ECF No. 41, is **ADOPTED IN ITS ENTIRETY**, and the Motion for Reconsideration, ECF No. 37, is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge