# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTOINETTE A. BAYLETS-HOLSINGER,** *pro se* | : : : | Civil No. 4:18-CV-60 |
| **Plaintiff** | : : | |
| v. | : : | **(Magistrate Judge Carlson)** |
| **THE PENNSYLVANIA STATE UNIVERSITY,** | : : : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 10th day of July 2020, in accordance with the accompanying memorandum, IT IS HEREBY ORDERED THAT the defendant's motion for summary judgment (Doc. 61) is GRANTED. The clerk is directed to enter judgment in favor of the defendant and CLOSE this case.

*/s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge